

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-12-00474-CV

**TOKA GENERAL CONTRACTORS** and Moore Sorrento, LLC,
Appellants

v.

**WM. RIGG COMPANY**,
Appellee

From the 17th District Court, Tarrant County, Texas
Trial Court No. 17-230268-08
Honorable Melody M. Wilkinson, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On May 9, 2014, the appellants filed a motion for rehearing. The motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court